T. L. Miller, Appellee, v. Union State Investment Company, et al., Defendants.
In re Appeal of Union State Investment Company, Appellant.

Gen. No. 43,393.

Heard in the second division, first district, this court; opinion filed June 15, 1945; released for publication June 27, 1945. Charles D. Snewind, for appellant; William Vihon, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.